IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
APR 06 2018
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| KATHLEEN BOITEAU and CLAUDE BOITEAU, <br><br> Plaintiffs, <br><br> vs. <br><br> TRINITY UNIVERSAL INSURANCE COMPANY and KEMPER CORPORATION, <br><br> Defendants. | CV 18–7–M–DLC <br><br> ORDER |

Plaintiffs have moved to allow Jeffrey Ellingson to participate in the April 19, 2018 Preliminary Pretrial Conference via telephone. (Doc. 8 at 1.) Defendants do not oppose Plaintiffs' Motion. (*Id.* at 2.) Accordingly,

IT IS ORDERED that Plaintiffs' Motion (Doc. 8) is GRANTED. Jeffrey Ellingson may participate in the April 19, 2018 Preliminary Pretrial Conference via telephone. Counsel Ellingson will be advised of the dial-in information prior to the conference.

DATED this 6th day of April, 2018.

Dana L. Christensen, Chief District Judge
United States District Court