IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| KATHLEEN BOITEAU and CLAUDE BOITEAU, | CV 18–7–M–DLC |
|---|---|
| Plaintiffs, | ORDER |
| vs. | |
| TRINITY UNIVERSAL INSURANCE COMPANY, | |
| Defendant. | |

In light of the Parties' Stipulation for Dismissal With Prejudice (Doc. 18) and pursuant to Federal Rule of Civil Procedure 41(a)(1),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE. All deadlines are VACATED and any pending motions are DENIED as moot.

DATED this 23rd day of July, 2018.

Dana L. Christensen, Chief District Judge
United States District Court